UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


James W. Yeatts

            v.                                  Civil No. 01-cv-259-SM

Design Contemp, Inc., et al


ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

January 12, 2006

                                                    Steven J. McAuliffe
                                                    Chief Judge


cc:    Robert H. Miller, Esq.
        Ronald Ciotti, Esq.